JON P. NEUSTADTER (State Bar No. 172348)
E-Mail:  jneustadter@health-law.com
MARK S. HARDIMAN (State Bar No. 136602)
E-Mail:  mhardiman@health-law.com
KIM WOROBEC (State Bar No. 220035)
E-Mail:  kworobec@health-law.com
**HOOPER, LUNDY & BOOKMAN, INC.**
1875 Century Park East, Suite 1600
Los Angeles, California  90067-2517
Telephone: (310) 551-8151
Facsimile: (310) 551-8181

JS-6

Attorneys for Defendant Westcliff
Medical Laboratories, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES ex rel. PATRICIO D. QUINES,<br><br>            Plaintiff,<br><br>     vs.<br><br>WESTCLIFF MEDICAL LABORATORIES, INC.,<br><br>            Defendant. | CASE NO. SACV 07-456 R (JTLx)<br><br>~~[PROPOSED]~~ **FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P 12(b)(6)** |

        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a final

judgment is entered against Plaintiff dismissing his Second Amended Complaint

with prejudice for failure to state a claim pursuant to Federal Rule of Civil

Procedure 12(b)(6).

        This shall constitute entry of final judgment in a separate document pursuant

to Federal Rule of Civil Procedure 58.

DATED: January 13, 2009

By:_____
        Honorable Manuel L. Real,
        United States District Judge

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1057964.1

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 1875 Century Park East, Suite 1600, Los Angeles, California 90067-2517.

On January 12, 2009, I served the following document(s) described as **[PROPOSED] FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P 12(b)(6)**  on the interested parties in this action as follows:

| | |
|---|---|
| David K. Barrett | Attorney for the United States of America |
| AUSA | |
| U.S. Department of Justice | |
| 300 N. Los Angeles Street #7516 | *Via ECF* |
| Los Angeles, California 90012 | |
| | |
| Amy Nett, Esq. | Attorney for Relator Patricio Quines |
| Kevin Nett, Esq. | |
| Nett & Nett | *Via ECF* |
| 27555 Ynez Road, Suite 205 | |
| Temecula, California 92591 | |
| | |
| Siobhan Franklin | Attorney for the State of California |
| Deputy Attorney General | |
| California Department of Justice | *Via ECF* |
| 1455 Frazee Road, Suite 315 | |
| San Diego, California 92108 | |

**BY ELECTRONIC MAIL TRANSMISSION:**  The document was transmitted by electronic transmission via USDC-Central District of California Official Court Electronic Document Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 12, 2009, at Los Angeles, California.

/S/ - Jon P. Neustadter
Jon P. Neustadter

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1057964.1